# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIFFANY YOUNG,
                Appellant,

vs.

CARSON CITY AGENCY SOLUTIONS,
LLC,
                Respondent.

No. 73234

**FILED**

OCT 23 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order confirming an arbitration award. First Judicial District Court, Carson City; James Todd Russell, Judge.

Respondent has filed a motion to dismiss the appeal on the ground that this court lacks jurisdiction. Appellant has not filed a response. Having considered the record and respondent's motion, we grant the motion and dismiss the appeal. The district court ordered the arbitration to be conducted pursuant to the Nevada Arbitration Rules. NAR 19(B) provides that no appeal may be taken from a judgment entered on an arbitration award rendered in court-annexed arbitration when a trial de novo is not sought. Appellant failed to request a trial de novo. NAR 19(B) precludes this court from exercising jurisdiction over this appeal. The district court

17-36148

entered judgment, and such a judgment "may not be appealed." NAR 19(B). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                                      Stiglich


cc:     Hon. James Todd Russell, District Judge
        Tiffany Young
        Winter Street Law Group
        Carson City Clerk